# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Altenburg, Jr, Andrew B. | 2. Court or Organization<br><br>Bankruptcy Court, District of New Jersey | 3. Date of Report<br><br>07/17/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge, full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Mitchell H. Cohen Courthouse
401 Market Street
Camden, New Jersey 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | BIGNAN, LLC (no reportable assets or income) |
| 2. Trustee | Family Trust (no reportable assets or income) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/17/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Cherry Hill Board of Education/salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Bar Association | 01/17/18 - 01/18/18 | Philadelphia, PA | Annual EDPA Bankruptcy Conference | Registration, Lodging, Meals |
| 2. | Turn Around Management Association | 06/06/2018 | Atlantic City, NJ | Annual Mid-Atlantic Regional Symposium | Registration, Lodging, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/17/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Amazon | credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/17/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. South Jersey Federal Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 2. American Funds Accounts | | | | | | | | | |
| 3. - The Growth Fund of America - A / Invst Co of America - A | A | Dividend | J | T | | | | | |
| 4. Ameriprise ONE Financial Account | | | | | | | | | |
| 5. - Columbia Capital Alloc Moderate Cl C Mutual Fund | A | Dividend | L | T | Buy | 01/16/18 | J | | |
| 6. - Columbia Flexible Cap Income CL C | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 7. - Comcast Corp CL A New stock | A | Dividend | J | T | | | | | |
| 8. - Ameriprise Insured Money Market Account | A | Int./Div. | J | T | | | | | |
| 9. IRA (1) | | | | | | | | | |
| 10. - Ameriprise Insured Money Market Account | A | Dividend | J | T | Open | 01/01/18 | J | | |
| 11. - Blackrock Global Alloc Investor CL C | A | Dividend | | | Sold | 07/24/18 | K | A | |
| 12. - Columbia Strategic Income CL C | A | Dividend | | | Sold | 07/24/18 | K | A | |
| 13. - Oppenheimer Rising Dividends CL C | A | Dividend | | | Sold | 07/24/18 | K | A | |
| 14. - Oppenheimer Real Estate CL C | A | Dividend | | | Sold | 07/24/18 | J | A | |
| 15. - Oppenheimer Global Strat Income CL C | A | Dividend | | | Sold | 07/24/18 | K | A | |
| 16. - Oppenheimer Intl Growth CL C | A | Dividend | | | Sold | 07/24/18 | J | A | |
| 17. - Oppenheimer FDMNTL ALTS CL C | A | Dividend | | | Sold | 07/24/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Oppenheimer Senior Floating Rate CL C | A | Dividend | | | Sold | 07/24/18 | J | A | |
| 19. - Prudential Short Term Corp Bond CL C | A | Dividend | | | Sold | 07/24/18 | K | A | |
| 20. - Dreyfus Govt Cash Mgmt FDS Instl SHS 289 | A | Dividend | M | T | Buy | 07/20/18 | J | | |
| 21. - Invesco Balanced Risk Commodity Strat CL Y | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 22. - Columbia Selectr Large Cap Growth Instl CL | A | Dividend | J | T | Buy | 12/17/18 | J | | |
| 23. - John Hancock Classic Value CL I | A | Dividend | K | T | Buy | 07/25/18 | K | | |
| 24. - John Hancock US Global Leaders Growth CL I | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 25. - Janus Henderson Global Value CL I | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 26. - Janus Henderson US Managed Volatility CL I | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 27. - John Hancock Strategic Income Opptys CL I | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 28. - Brandywineglobal Global Unconstrained Bond CL I | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 29. - NUVEEN NWQ Intl Value CL I | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 30. - Oppenheimer Global Focus CL Y | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 31. - Principal Global Real Estate Securities Instl CL | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 32. - Wells Fargo C&B Mid Cap Value Instl CL | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 33. - Wells Fargo Intl Value Instl CL | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 34. - Ishares 20+ Yr Treasury Bond ETF | A | Distribution | J | T | Buy | 07/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Ishares 7-10YR Treasury Bond ETF | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 36. - Ishares 3-7YR Treasury Bond ETF | A | Distribution | J | T | Buy | 09/17/18 | J | | |
| 37. - Ishares Core MSCI Emerging Marekets ETF | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 38. - Ishares MSCI Japan ETF New | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 39. - Ishares Currency Hedged MSCI Eurozone ETF | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 40. - Vanguard Consumer Staples ETF | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 41. - Vanguard Energy ETF | A | Distribution | J | T | Buy | 09/17/18 | J | | |
| 42. - Vanguard Short Term Corp Bond Etf | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 43. - Vanguard Mortgaged Backed Securities ETF | A | Distribution | J | T | Buy | 07/25/18 | J | | |
| 44. - Vanguard Small Cap Value | A | Interest | J | T | Buy | 07/25/18 | J | | |
| 45. same as above | A | Interest | | | Sold | 09/17/18 | J | A | |
| 46. - IRA (2) | | | | | | | | | |
| 47. - Wells Fargo Wealthbuilder Moderate Balanced CL C | A | Dividend | K | T | | | | | |
| 48. Franklin Templeton NJ 529 Growth 13-16 year portfolio | | None | | | Merged (with line 49) | 12/11/18 | L | A | |
| 49. Franklin Templeton NJ 529 Growth 17 plus year portfolio - daughter #3 | | None | L | T | Open | 12/11/18 | L | | |
| 50. Franklin Templeton NJ 529 Growth 17 plus year portfolio | | None | L | T | Sold (part) | 8/01/18 | K | A | |
| 51. Lincoln Investment 403B - RSP | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Blackrock Global Allocation Fund - A | A | Dividend | K | T | | | | | |
| 53.  - Ivy Asset Strategy Fund - A | A | Dividend | K | T | | | | | |
| 54.  -Vanguard Intermediate Term Bond Index Fund - Adr | A | Dividend | K | T | | | | | |
| 55.  -Vanguard Total International Stock Ondex Fund - Adr | A | Dividend | J | T | | | | | |
| 56.  -Vanguard Value Index Fund - Adr | A | Dividend | J | T | | | | | |
| 57.  -Vanguard Growth Index Fund - Adr | A | Dividend | J | T | | | | | |
| 58.  -Vanguard Short Term Infl Prtct Secs Index Fund - Adr | A | Dividend | J | T | | | | | |
| 59.  -Vanguard Short Term Bond Index Fund - Adr | A | Dividend | J | T | | | | | |
| 60.  -Vanguard Small Cap Growth Index Fund - Adr | A | Dividend | J | T | | | | | |
| 61.  - Vanguard Small Cap Value Index Fund - Adr | A | Dividend | J | T | | | | | |
| 62.  -Vanguard Prime Money Market Fund - Inv | A | Dividend | J | T | | | | | |
| 63.  -Vanguard Real Estate Index Fund - Adr | A | Dividend | J | T | | | | | |
| 64.  Lincoln Investment 403B - RS | | | | | | | | | |
| 65.  - Ivy Asset Strategy Fund - A | A | Dividend | K | T | | | | | |
| 66.  - Blackrock Global Allocation Fund - A | A | Dividend | K | T | | | | | |
| 67.  - Federated Prime Cash Obligation Fund - AS | A | Dividend | J | T | Open | 1/30/18 | J | | |
| 68.  Disney Common Stock | E | Distribution | | | Sold | 02/06/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GE Common Stock | A | Dividend | J | T | | | | | |
| 70. Fulton Bank (checking account) | A | Int./Div. | J | T | | | | | |
| 71. Family Trust | A | None | | | | 11/18/18 | | | |
| 72. Morgan Stanley (checking account) | A | Interest | L | T | Open | 01/11/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 07/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pt I, Line 2 and Pt. VII, Line 71 - Family Trust. Parents created real estate trust in favor of their grandchildren. The trust vested in 2018. I am a co-trustee of that trust. There is no reportable asset or source of income.

Pt VII, Lines 2 and 3 - I am custodian until [ ] of [ ] accounts with American Funds.

Pt. VII, Line 5 through 8 - I deposit funds into my Ameriprise ONE Financial Account each month and my financial advisor in turn, in his discretion, invests that money proportionately into the investments listed throughout the year.

Pt. VII, Lines 21, 28, 29, 30, 33, 37, 39 and 41 - additional purchases were made on 9/17/18. All categories remain the same meaning value was less than $15,000 and gain less than $1,000 for each transaction.

Pt. VII, Lines 24, 26, 32 and 35 - additional sales were made on 9/17/18. All categories remain the same meaning value was less than $15,000 and gain less than $1,000 for each transaction.

Pt. VII, Lines 23, 26, 29, 30, 32, 33, 37, 39 and 41 - additional purchases were made on 12/17/18. All categories remain the same meaning value was less than $15,000 and gain less than $1,000 for each transaction.

Pt. VII, Lines 21, 24, 2527, 28, 31, 34, 35, 36, 38, 40, 42 and 43 - additional sales were made on 12/17/18. All categories remain the same meaning value was less than $15,000 and gain less than $1,000 for each transaction.

Pt VII Lines 44 and 45 - This is the same account which was bought and sold in the relevant period.

Pt VII Lines 51 and 64 - Although previously disclosed, I have renamed the Investments on these lines to be consistent with how Lincoln Financial labels the accounts.

Pt VII Lines 4, 51 and 64 - Each month, there is an automatic account withdrawal of $1,000 which is placed into the Amerprise account and $500 by direct deposit which is placed into the Lincoln Financial account, to invest in the various investments identified at the brokers' discretion

Pt VII Line 72 - LLC identified in Part I, opened an interest bearing checking account. I believed I was not an authorized user of, nor controlled that account on behalf of LLC. I never undertook any transactioins in the account. I recently found out that I was an authorized user and am disclosing the account for that purpose. On July 16, 2019, I had my name removed as an authorized user on behalf of LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew B. Altenburg, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544